```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :     21cv3179 (DLC)
                    Plaintiff,           :
                                         :         ORDER
         -v-                             :
                                         :
MARTIN SILVER,                           :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    It is hereby

    ORDERED that a status letter is due November 23, 2021.


Dated:    New York, New York
          April 16, 2021

                                      _____
                                         DENISE COTE
                              United States District Judge